UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-MJ-03157-TORRES

UNITED STATES OF AMERICA

vs.

OSNIEL PEREZ DE LA OSA,

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
SHANE R. BUTLAND
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502525
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132-2111
TEL: (305) 961-9123
FAX: (305) 530-4699

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OSNIEL PEREZ DE LA OSA,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.  19-MJ-03157-TORRES<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 9, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Daniel L. Rembisz, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __07/19/2019__

_Judge's signature_

City and state: __Miami, Florida__   Edwin G. Torres, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel L. Rembisz, having been first duly sworn, depose and state as follows:

1. I am a Miami-Dade Police Department Detective and have been a police officer for twenty-three years. I have been assigned to the Federal Bureau of Investigation Violent Crimes/Fugitive Task Force since January 2011.

2. This affidavit is submitted in support of a criminal complaint charging OSNIEL PEREZ DE LA OSA with knowingly and willfully moving or traveling in interstate or foreign commerce with intent to avoid prosecution, in violation of Title 18, United States Code, Section 1073. The information contained in this affidavit is the result of my own investigation, or has been provided to me by other law enforcement authorities. Since this affidavit is being submitted for the limited purpose of demonstrating probable cause, it does not contain all of the information known to me or other law enforcement officers involved in this investigation.

3. On or about July 7, 2019, at approximately 2:45 a.m., three victims were hanging out at the 94th Aero Squadron Restaurant, located at 1395 NW 57th Avenue, Miami, Florida. An individual, later identified as OSNIEL PEREZ DE LA OSA, shot towards the three victims, striking one of the victims, who later died from her injuries. Victim 2 and Victim 3 were shot at but were not struck by the bullets.

4. On or about July 16, 2019, an Information was filed in the 11th Judicial Circuit, in and for Miami Dade County, Florida, charging OSNIEL PEREZ DE LA OSA with one count of First Degree Murder and two counts of Attempted First Degree Murder with a Deadly Weapon in Miami-Dade (Miami-Dade Case Number F1913847). Upon the filing of the Information, an arrest warrant was issued.

5. On July 11, 2019, one of OSNIEL PEREZ DE LA OSA's co-defendants informed law enforcement that on the day of the murder, July 7, 2019, OSNIEL PEREZ DE LA OSA told the co-defendant that he was going to flee to Cuba.

6. Subsequent records checks performed by Immigration and Customs Enforcement and the Department of Homeland Security verified that on or about July 9, 2019, OSNIEL PEREZ DE LA OSA flew from Miami International Airport to Havana, Cuba aboard American Airlines Flight #837.

7. Furthermore, the Miami-Dade State Attorney's Office will extradite OSNIEL PEREZ DE LA OSA upon his apprehension.

8. Based upon the information contained in this affidavit, I believe that probable cause exists that OSNIEL PEREZ DE LA OSA knowingly and willfully moved or traveled in interstate commerce with the intent to avoid prosecution for the felony crimes of First Degree Murder, Attempted First Degree Murder, and Attempted First Degree Murder with a Deadly Weapon.

*FURTHER YOUR AFFIANT SAYETH NAUGHT.*

Daniel L. Rembisz
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 19th day of July 2019,
in Miami, Florida.

EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

2